IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES POSTAL SERVICE,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-105-slc

This action came for consideration before the court with Magistrate Judge STEPHEN L. CROCKER presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant-counterclaimant State Farm Mutual Automobile Insurance Company against plaintiff United States Postal Service with regards to plaintiff's claim against it and with regards to its counterclaim against plaintiff and awarding damages in the amount of $4,815.65.

Approved as to form this 19th day of November, 2008.

_____
STEPHEN L. CROCKER,
Magistrate Judge

_____
Joel Turner, Acting Clerk

November 21, 2008
Date